UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIMEZIE D. MMEREMIKWU,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al..,<br><br>Defendants. | Case No. 1:22-cv-00356-DAD-EPG<br><br>ORDER RE: STIPULATED DISMISSAL OF ENTIRE ACTION<br><br>(ECF No. 8) |

The parties have filed a stipulation to dismiss this entire action. (ECF No. 8.)[1] In light of the stipulation, the case has ended and is dismissed. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:   **April 11, 2022**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The parties' stipulation does not state if the dismissal is with or without prejudice. "Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits." Fed. R. Civ. P. 41(a)(1)(B).

1